IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 16-00127-GMS |
| : | |
| SAFE HAVEN ANIMAL SANCTUARY : | |
| OF SUSSEX COUNTY, INC. : | |
| : | |
| Defendant : | |

## REPORT OF SALE BY UNITED STATES MARSHAL

The United States Marshal Service ("USMS"), by and through Michael McGowan, United States Marshal for the District of Delaware, has been appointed Trustee in the above-captioned matter for purposes of selling a property owned by the Defendant. David C. Weiss, United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for said District, respectfully submits the following report from the USMS in accordance with the Court's January 10, 2018 *Second Amended Order Entering Judgment by Default Pursuant to Rule 55(b)(2)* (hereinafter "Order of Sale"):

1. Safe Haven Animal Sanctuary of Sussex County, Inc., Defendant, defaulted in payments on a Promissory Note to the United States Department of Agriculture with respect to a certain piece of property located at 19022 Shingle Point Road, Georgetown, Delaware 19947 ("the Property"). The Plaintiff filed a Complaint, and Default Judgment was entered in the Plaintiff's favor on January 10, 2018. The USMS was appointed as Trustee pursuant to the Order of Sale.

2. Notice of sale of the Property was duly given by posting and publication in the Delaware Business Times 5/15/18; Delmarva Farmer 5/8, 5/15, and 5/29/18; Dover Post 5/9, 5/16, and 5/30/18; Milford Beacon 5/9, 5/16, and 5/30/18; Sussex Living 5/10, 5/17, and 5/31/18; which was required by the Order of Sale. True and correct copies of the affidavits of publication evidencing such are collectively attached hereto, marked as Exhibit A, and made a part hereof as if set forth in their entirety.

3. Notice was also duly given in ten of the most public places of the county where the Property is situated, by setting forth the day, hour and place of sale, and what lands and tenements were to be sold, and where the Property lies.

4. That pursuant to the Order of Sale, authorizing the Trustee to sell the Property, a public sale was held on June 9, 2018, at the Property by Fortna Auctioneers & Marketing Group as a contractor for the USMS.

5. The Property was sold to Brandywine Valley SPCA at and for the sum of $800,000.00, said purchaser being the highest bidder at the public sale.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: */s/Jennifer K. Welsh*
Jennifer K. Welsh
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 16-00127-GMS |
| SAFE HAVEN ANIMAL SANCTUARY OF SUSSEX COUNTY, INC. | : | |
| Defendant | : | |

## SHOW CAUSE ORDER

It is hereby ORDERED, this ____ day of _____, 2018, that the sale of the real property located at 19022 Shingle Point Road, Georgetown, Delaware 19947, conducted by Michael C. McGowan, United States Marshal for the District of Delaware, Trustee, and reported by David C. Weiss, United States Attorney for the District of Delaware and Jennifer Welsh, Assistant United States Attorney for said District, to the highest bidder, Brandywine Valley SPCA, for the sum of $800,000.00, is hereby ratified and confirmed unless cause to the contrary is shown on or before the ____ day of _____, 2018.

_____
Honorable Gregory M. Sleet
United States District Judge